IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EXZAVION TREVON REED                                                                    PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 5:18-cv-3-DCB-MTP

PIKE COUNTY DA OFFICE,
STATE OF MISSISSIPPI,
PIKE COUNTY SHERIFF'S OFFICE,
KENNY COTTON, SHERIFF,
and RHONDA ISSAC, Nurse                                                              DEFENDANTS

ORDER CONSTRUES PLAINTIFF'S RESPONSE [13]
AS A VOLUNTARY DISMISSAL OF DEFENDANTS
PIKE COUNTY DA OFFICE AND STATE OF MISSISSIPPI

This matter is before the Court on Plaintiff's Response [13] filed April 13, 2018, to the Court's Order [12] entered March 30, 2018. Plaintiff filed this Complaint [1] pursuant to 42 U.S.C. § 1983 on January 5, 2018. Plaintiff's original Complaint [1] filed January 5, 2018, named as Defendants Pike County DA Office and State of Mississippi. Compl. [1] at 1-2.

On February 6, 2018, the Court ordered Plaintiff to file a response providing additional information concerning his Complaint [1]. *See* Order [8] at 2. Plaintiff filed his Response [11] on March 15, 2018. Because Plaintiff's Response [11] did not fully comply with the Order [8] entered February 6, 2018, a second Order [12] was entered on March 30, 2018. That Order [12] directed Plaintiff to file a Response providing information concerning his medical care claims and the names of the Defendants. Order [12] at 1. Plaintiff filed his Response [13] as directed on April 13, 2018.

Plaintiff states in his Response [13] that he "would like to specify that this case 5:18-cv-3-DCB-MTP complaint is against [t]he Pike County Sheriff's Office, Kenny Cotton

being [S]heriff . . . Nurse RN Rhonda Issac."[1]  Pl.'s Resp. [13] at 2.   The Court therefore construes Plaintiff's Response [13] as a voluntary dismissal of Defendants Pike County DA Office and State of Mississippi.   Accordingly, it is

ORDERED that Plaintiff's voluntary dismissal of Defendants Pike County DA Office and State of Mississippi is granted.

SO ORDERED, this the   28th    day of June, 2018.


                                                           s/David Bramlette
                                                           UNITED STATES DISTRICT JUDGE

---

[1] A separate Order [14] entered June 26, 2018, added Pike County Sheriff's Office, Sheriff Kenny Cotton, and Nurse Rhonda Issac as Defendants.